**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JOHN HOWELL                                                                                                    PLAINTIFF

v.                                         Case No. 5:10CV00093 JLH

CARL A. REDUS, Individually and
as Mayor of the City of Pine Bluff, Arkansas;
and the CITY OF PINE BLUFF, ARKANSAS                                              DEFENDANTS

**JUDGMENT**

Pursuant to the Opinion and Order entered separately today, judgment is entered in favor of the defendants on the claims of John Howell that arise under the constitution and laws of the United States. Those claims are dismissed with prejudice. The Court declines to exercise supplemental jurisdiction over the claims of John Howell that arise under the laws of the State of Arkansas. Those claims are dismissed without prejudice.

IT IS SO ORDERED this 17th day of December, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE